No. 92–1238. NEW MEXICO ET AL. *v.* NAVAJO NATION ET AL. C. A. 10th Cir. Certiorari denied.

No. 92–1243. BENECKE, INDIVIDUALLY AND T/A TCB TOWING *v.* BOROUGH OF FORT LEE, NEW JERSEY, ET AL. Super. Ct. N. J., App. Div. Certiorari denied.

No. 92–1244. FINE *v.* PETTY ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–1246. JOHNSTON-TAYLOR, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF TAYLOR, ET AL. *v.* GANNON ET AL. C. A. 6th Cir. Certiorari denied.

No. 92–1247. VOGEL, ON BEHALF OF THE ESTATE OF GOTTFRIED, DECEASED *v.* ELLIS, ADMINISTRATOR AND ATTORNEY OF THE ESTATE OF GOTTFRIED, DECEASED. Ct. App. Ohio, Wyandot County. Certiorari denied.

No. 92–1252. CRANE *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 92–1253. TORRES ET AL. *v.* CITY OF NEW YORK ET AL. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 92–1254. REED *v.* PHILADELPHIA, BETHLEHEM & NEW ENGLAND RAILROAD CO. C. A. 3d Cir. Certiorari denied.

No. 92–1255. ARKIN *v.* GAITHERSBURG PUBLISHING CO., INC., ET AL. Ct. Sp. App. Md. Certiorari denied.

No. 92–1256. CLARK ET UX. *v.* CLARK. Ct. App. D. C. Certiorari denied.

No. 92–1259. HARRIS TRUST & SAVINGS BANK, AS TRUSTEE OF THE SPERRY MASTER RETIREMENT TRUST NO. 2 *v.* JOHN HANCOCK MUTUAL LIFE INSURANCE CO. C. A. 2d Cir. Certiorari denied.